UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DARRELL LEE LOPEZ,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN CASH,<br><br>    Respondent. | CV 10-8131-SH<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: May 18, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1