UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DARRELL LEE LOPEZ,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN, CASH,<br><br>        Respondent. | ) CV 10-8131-CBM (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed without prejudice.

DATED:   2/14/2012

*[signature]*

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE